# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| TRAVIS WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00112-CRS |
| | ) | |
| vs. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiffs Travis Wright, ("Plaintiff"), by counsel, hereby stipulate that all matters herein between Plaintiff and Defendant, Equifax Information Services, LLC ("Equifax"), have been compromised and settled, and that Plaintiff's cause against Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office P.S.C.
616 S. Fifth Street
Louisville, KY  40202
Telephone:  (502) 443-1060
Fax:  (502) 589-3004
E-Mail:  hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*
*Travis Wright*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of April, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                        */s/David W. Hemminger*
                                        David W. Hemminger