UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

---

| | |
|---|---|
| TRAVIS L. WRIGHT,<br>　　　Plaintiff, | CASE NO. 3:17-cv-00112-CRS |
| | **ELECTRONICALLY FILED** |
| vs. | Judge Charles R. Simpson |
| EQUIFAX INFORMATION<br>SERVICES, LLC and<br>TRANS UNION, LLC,<br>　　　Defendants. | |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Travis L. Wright ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: June 16, 2017

*/s/ David W. Hemminger (with consent)*
David W. Hemminger, Esq.
Hemminger Law Offices, PSC
616 South Fifth Street
Louisville, KY  40202
Telephone:  (502) 443-1060
Fax:  (502) 589-3004
E-Mail:  hemmingerlawoffice@gmail.com

*Counsel for Plaintiff Travis L. Wright*

Date:  June 16, 2017                    */s/ William R. Brown*                    
                                        William R. Brown, Esq. (IN #26782-48)
                                        Schuckit & Associates, P.C.
                                        4545 Northwestern Drive
                                        Zionsville, IN  46077
                                        Telephone:  317-363-2400
                                        Fax:  317-363-2257
                                        E-Mail:  wbrown@schuckitlaw.com

                                        *Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of June, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of June, 2017**, properly addressed as follows:

| None. | |

 

              */s/ William R. Brown*
              William R. Brown, Esq. (IN #26782-48)
              Schuckit & Associates, P.C.
              4545 Northwestern Drive
              Zionsville, IN  46077
              Telephone:  317-363-2400
              Fax:  317-363-2257
              E-Mail:  wbrown@schuckitlaw.com

              *Counsel for Defendant Trans Union, LLC*